# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-08411-VAP (DFM) | Date: | January 8, 2021 |
|---|---|---|---|
| Title | Nathan Hill v. Orange County | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On November 6, 2020, the Court ordered Petitioner to file within 28 days a First Amended Petition, pointing out that his petition did not challenge his conviction for assault but instead appeared to bring an access-to-courts claim, which cannot be brought in a habeas petition. See Dkt. 5. Petitioner failed to file an amended petition. This represents a failure to prosecute.

Accordingly, within twenty-eight (28) days of the date of this order, Petitioner is ORDERED to either (a) show good cause in writing, if any exists, why Petitioner did not timely file his First Amended Petition, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) file his completed First Amended Petition. **Petitioner is expressly forewarned that if he fails to do either, the Court will deem such failure evidence of a lack of prosecution as well as a further violation of a Court order that justifies dismissal of this action for lack of prosecution and the reasons stated in the Court's November 6, 2020 order.**