JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATHAN HILL, <br><br> Petitioner, <br><br> v. <br><br> ORANGE COUNTY, <br><br> Respondent. | Case No. CV 20-08411-VAP (DFM) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that that this action is dismissed.

Date: March 15, 2021

VIRGINIA A. PHILLIPS
United States District Judge